# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **CASCADIA PARTNERS, LLC** | ) | **Chapter 11** |
| | ) | **Case No. 10-63442** |
| | ) | |
| **Debtor** | ) | |

_____

### Motion for Approval of Lot Purchase Agreement

     Comes now Cascadia Partners, LLC, Debtor, and moves the Court for the entry of an Order approving the Debtor's execution of the Lot Purchase Agreement in the form attached hereto as Exhibit 1 ("the Agreement"), authorizing the Debtor to perform the Agreement, and in support hereof states unto the Court as follows:

     1.  The Debtor entered into a Lot Purchase Agreement dated April 26, 2011, subject to Bankruptcy Court approval, with NVR, Inc. relating to the development and sale of the Debtor's real property which is an essential element of the Debtor's Plan of Reorganization.

     2.  All necessary parties have executed the Agreement, and the Debtor seeks this Court's approval of the Agreement in accordance with paragraph 1A of the Agreement, and seeks authority to perform the Agreement.

     Accordingly, the Debtor seeks the entry of an Order from this Court approving the Agreement and such other documents as may be necessary to accomplish the relief sought herein, and that it have such other and further relief as is appropriate under the circumstances.

April 28, 2011                                       CASCADIA PARTNERS, LLC, DEBTOR

                                                                   BY Counsel

/s/ W. Stephen Scott
W. Stephen Scott (VSB No. 14301)
SCOTT KRONER, PLC
418 East Water Street
P.O. Box 2737
Charlottesville, Virginia 22902
Phone: (434) 296-2161
wscott@scottkroner.com
        Counsel for Debtor