## COURT PROCEEDING MEMO
## MISCELLANEOUS MATTER

*Evidentiary hrg*

**DATE:** 5/24/2011                    CONTINUED HEARING _____
**TIME:** 9:30 AM
**DOCKET #:** 50
**CASE #:** 10-63442
**IN RE:** CASCADIA PARTNERS LLC              PRESENT: __X__
**COUNSEL FOR DEBTOR(S):** W. STEPHEN SCOTT   PRESENT: __✓__  By: _Warren_
**TRUSTEE:** U.S. TRUSTEE'S OFFICE            PRESENT: __X__

-----------------------------------------------------------------

**TYPE OF HEARING:** DEBTOR'S MOTION FOR APPROVAL OF LOT PURCHASE AGREEMENT

-----------------------------------------------------------------

| PARTIES: | COUNSEL | PRESENT: |
|----------|---------|----------|
| WELLS FARGO BANK, NA (OBJECTION) | JOHN MADDOCK / B. Stark | ✓ ✓ |
|  |  |  |
|  |  |  |

-----------------------------------------------------------------

| HEARING CONTINUED: | DATE/TIME: |
|---|---|

| RULING: |
|---|
|  |
| **ORDER DUE:**          **TO BE TENDERED BY:** |
| **ORDER LODGED IN CM ORDERS:** |
|  |

| **UNDER ADVISEMENT:** ✓ |
|---|
| **BRIEFING SCHEDULE:** |
|  |

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & CO., COURT REPORTERS (434) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM.  THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT
TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD.  THEY ARE FOR USE BY COURT PERSONNEL AND
CANNOT BE USED OR INTRODUCED AS EVIDENCE.