**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **CASCADIA PARTNERS LLC** | ) | **Chapter 11** |
| | ) | **Case No. 10-63442** |
| | ) | |
| **Debtor** | ) | |

Motion to Continue Hearing

    Comes now Cascadia Partners, LLC., Debtor, by counsel, and moves the Court to continue the hearing on confirmation of the Debtor's Plan from July 7, 2011 in Lynchburg, to July 18, 2011 at 11:00 a.m. in Charlottesville for further matters relating to the case.

                                      Respectfully submitted,
                                      Cascadia Partners, LLC, Debtor

                                      By Counsel

/s/ W. Stephen Scott
W. Stephen Scott (VSB No. 14301)
SCOTT KRONER, PLC
418 East Water Street
P.O. Box 2737
Charlottesville, Virginia 22902
Phone: (434) 296-2161
wscott@scottkroner.com
Counsel for Debtor