**COURT PROCEEDING MEMO**
**MISCELLANEOUS MATTER**

DATE: 7/18/2011      CONTINUED HEARING __X__
TIME: 11:00 A.M.
DOCKET #: #21
CASE #: 10-63442
IN RE: CASCADIA PARTNERS, LLC      PRESENT: X
COUNSEL FOR DEBTOR(S): SCOTT/W   PRESENT: ✓   By: _____
TRUSTEE: UST   PRESENT: X

---

TYPE OF HEARING: CONFIRMATION HEARING ON CHAPTER 11 PLAN
OBJECTION FILED BY WELLS FARGO BANK, NA (DKT #66)
OBJECTION BY ALBEMARLE COUNTY DEPARTMENT OF FINANCE (DKT #68)

| PARTIES: | COUNSEL | PRESENT: |
|---|---|---|
| WELLS FARGO BANK, NA | MADDOCK/J | ✓ |
| ALBEMARLE COUNTY DEPARTMENT OF FINANCE | HERRICK/A | X |
| | | |

| HEARING CONTINUED: | DATE/TIME: |
|---|---|
| | |

RULING: Moot - Debtor to move for vol. dismissal.

ORDER DUE:      TO BE TENDERED BY:
ORDER LODGED IN CM ORDERS:

UNDER ADVISEMENT:
BRIEFING SCHEDULE:

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & CO., COURT REPORTERS (434) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.